|  |  | United States District Court |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated | ) ) ) ) | Northern District of Illinois |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-13401 |
|  | ) ) | Honorable Matthew F. Kennelly |
| v. | ) ) |  |
| Natural Foods, Inc., | ) ) |  |
| Defendant. |  |  |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this Status Report pursuant to the Court's November 28, 2025 Minute Order.

1. **Status of Service of Process**

This action was sent for service on November 11, 2025. Defendant Natural Foods, Inc. was served with the Summons and Complaint on December 5, 2025. Plaintiff anticipates filing proof of service promptly upon receipt from the process server.

As of the date of this report, Defendant has not filed an appearance or responsive pleading.

2. **Description of the Parties' Claims and Defenses**

Plaintiff is a visually impaired and legally blind individual who relies on screen-reader technology to navigate websites. Plaintiff asserts claims under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq., based on Defendant's failure to design, operate, and maintain its website, bulkfoods.com, in a manner that is accessible to blind and visually impaired users.

On or about July 15, 2025, Plaintiff attempted to purchase milk chocolate cashews on Defendant's website. Plaintiff encountered multiple accessibility barriers that prevented him from independently completing the transaction, including barriers that interfere with screen-reader navigation and functionality. As a result, Plaintiff was denied full and equal access to Defendant's goods and services.

Plaintiff seeks declaratory and injunctive relief requiring Defendant to bring its website into compliance with applicable accessibility standards, as well as reasonable attorneys' fees and costs.

Because Defendant has not yet appeared, no defenses have been asserted.

3. **Settlement Discussions**

No settlement discussions have occurred to date. Defendant has not appeared by counsel, and Plaintiff has therefore been unable to engage in meaningful settlement discussions.

Plaintiff remains open to early resolution of this matter upon Defendant's appearance.

4. **Proposed Discovery and Pretrial Schedule**

Because Defendant has not appeared and the parties have not conducted a Rule 26(f) conference, Plaintiff is not in a position to propose a joint discovery or pretrial schedule at this time.

If Defendant appears, Plaintiff proposes that the parties promptly confer under Rule 26(f) and submit a joint discovery plan within fourteen (14) days thereafter.

If Defendant does not appear or otherwise respond, Plaintiff intends to pursue appropriate relief, including seeking entry of default and, if necessary, default judgment, consistent with the Federal Rules of Civil Procedure.

5. **Other Matters for the Court's Attention**

Plaintiff has complied with the Court's directive to provide a copy of the November 28, 2025 Minute Order to Defendant at the address used for service of process.

Plaintiff will be prepared to address the status of service, Defendant's non-appearance, and next procedural steps at the Rule 16 conference currently set for December 19, 2025.

Respectfully,

Dated: December 12, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

***/s/ David B. Reyes***

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

D: 718-554-0237

Email: Dreyes@ealg.law