|  |  |  |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>NATURAL FOODS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25−cv−13401<br><br>Honorable Matthew F. Kennelly |

## MOTION FOR EXTENSION OF TIME TO FILE JOINT INITIAL STATUS REPORT AND CONTINUANCE OF THE DATE OF THE INITIAL STATUS CONFERENCE

Plaintiff Haron Cole, by its undersigned counsel, respectfully requests an extension of time, to file the joint status report and to adjourn the upcoming initial hearing scheduled for January 29, 2026, at 9:05 AM and reschedule the upcoming initial status conference until after February 16, 2026, or as the Court's calendar allows. In support of this Motion, Plaintiff states as follows:

1. This action was commenced by the filing of the Complaint on November 1, 2025. (EFC No. 1.)

2. On December 13, 2025, the Court issued an Order directing the parties to file a status report by 1/22/2026 and also set a status hearing for January 29, 2025 at 9:05 AM. (ECF No. 8)

3. Defendant was served on 12/5/2025.

4. Following the service, Plaintiff was contacted by Defendant's counsel and the parties have engaged in settlement discussions.

4. Plaintiff requests that the Court extend the deadline to file the initial report and also requests that the upcoming initial status conference be adjourned and rescheduled after February 16, 2026 or as the Court's calendar allows.

5. This is the first extension of time sought in this matter by Plaintiff.

6. No party will be prejudiced by the relief herein and it is sought in good faith.

WHEREFORE, Plaintiff respectfully requests that:

The Court extend the deadline to file the initial report and also requests that the upcoming initial status conference be adjourned and rescheduled after February 16, 2026 or as the Court's calendar allows.

Dated:   January 21, 2026

                                                  EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

/**s**/ *David B. Reyes*
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
D: 718-554-0237
Email: Dreyes@ealg.law