# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Haron Cole
                       Plaintiff,

v.                                          Case No.: 1:25−cv−13401
                                                 Honorable Matthew F. Kennelly

Natural Foods, Inc.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 24, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of time and for continuance [12] is granted. The telephonic status hearing set for 1/29/2026 is vacated and reset to 2/24/2026 at 9:05 AM. The following call−in number will be used: 650−479−3207, access code 2305−915−8729. The deadline for filing the joint status report in conformity with the Court's initial order is reset to 2/17/2026. These deadlines will not be extended again. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.