# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

HARON COLE,

                Plaintiff,

v.

NATURAL FOODS, INC.,

                Defendant.

Case No.: 1:25−cv−13401

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Haron Cole and Defendant Natural Foods, Inc., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: February 13, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/ David. B. Reyes*
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: 844-731-3343
D: 718-554-0237
Email: Dreyes@ealg.law

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ David. B. Reyes*