## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Haron Cole

        Plaintiff,

v.

Natural Foods, Inc.

        Defendant.

Case No.: 1:25–cv–13401

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, February 14, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed plaintiff's "notice of settlement." The telephonic status hearing set for 2/24/2026 is vacated and reset to 4/13/2026 at 9:10 AM. The following call–in number will be used: 650–479–3207, access code 2305–915–8729. A status report that describes *in detail* the parties' progress in completing their settlement is to be filed on 4/6/2026 unless a stipulation for dismissal is on file by that date. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.