# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

HARON COLE,

          Plaintiff,

v.

NATURAL FOODS, INC.,

          Defendant.

Case No.: 1:25-cv-13401

Honorable Matthew F. Kennelly


## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: April 7, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/ David. B. Reyes*
By: David B. Reyes, Esq.
4903 Avenue N
Brooklyn NY 11234
O: 844-731-3343
D: 718-554-0237
Email: Dreyes@ealg.law